[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
7/29/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
JUL 22 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Arthur W. Savage )
_____ )
_____ )
_____ ) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )  NO. _____
)
Rich's products )
Corporation )
_____ )
_____ ) 1:16-cv-07487
(Name of the defendant or defendants) ) Judge Manish S. Shah
  Magistrate Judge Young B. Kim

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is  Arthur W. Savage  of the county of  Lake  in the state of  IN .

3. The defendant is  Rich's products , whose street address is  6200 mulford ,
(city) Niles  (county) Cook  (state) IL  (ZIP) 60714
(Defendant's telephone number)  (847)–581-1749

4. The plaintiff sought employment or was employed by the defendant at (street address)
 6200 mulford  (city) Niles 
(county) Cook  (state) IL  (ZIP code) 60714

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _12_, (day) _4_, (year) _2015_.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒ *has not* ☐ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) _April_ (day) _1_ (year) _2016_.

   (ii) ☒ the Illinois Department of Human Rights, on or about (month) _June_ (day) _1_ (year) _2016_.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☒ Yes (month) _april_ (day) _11_ (year) _2016_

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) _4_ (day) _27_ (year) _16_.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _4_ (day) _27_ (year) _16_ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) [X] Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) [ ] National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) [ ] Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) [ ] Religion (Title VII of the Civil Rights Act of 1964)

(g) [ ] Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) [ ] failed to hire the plaintiff.

(b) [X] terminated the plaintiff's employment.

(c) [ ] failed to promote the plaintiff.

(d) [ ] failed to reasonably accommodate the plaintiff's religion.

(e) [X] failed to reasonably accommodate the plaintiff's disabilities.

(f) [ ] failed to stop harassment;

(g) [ ] retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) [ ] other (specify): I got hurt at work fell hit head on floor have a head

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CoNcussioN

13. The facts supporting the plaintiff's claim of discrimination are as follows:

ask For accommadate Job To Save my Job of 21 year + had a concussion

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. [X] YES [X] NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) [ ] Direct the defendant to hire the plaintiff.

    (b) [X] Direct the defendant to re-employ the plaintiff.

    (c) [ ] Direct the defendant to promote the plaintiff.

    (d) [ ] Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) [X] Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) [ ] Direct the defendant to (specify): _____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

(g) [X]  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X]  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
Arthur W. Savage

(Plaintiff's name)
Arthur Savage

(Plaintiff's street address)
4242 Harrison St.

_____

(City) Gary   (State) IN   (ZIP) 46408
(Plaintiff's telephone number) (219) - 455 - 5105

Date: 7-22-2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# U.S. Equal Employment Opportunity Commission
## Chicago District Office

500 West Madison St
Suite 2000
Chicago, IL 60661
(312) 869-8000
TTY (800) 669-6820
Fax: (312) 869-8220

Respondent: RICH'S PRODUCTS CORPORATION
EEOC Charge No.: 440-2016-02734
FEPA Charge No.:

April 1, 2016

Arthur W. Savage
4242 Harrison St
Gary, IN 46408

Dear Savage:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

   [ ]   Title VII of the Civil Rights Act of 1964 (Title VII)

   [X]   The Age Discrimination in Employment Act (ADEA)

   [X]   The Americans with Disabilities Act (ADA)

   [ ]   The Equal Pay Act (EPA)

   [ ]   The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

   (1) Review the enclosed charge form and make corrections.

   (2) Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

   (3) Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court. Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to Illinois Department Of Human Rights 100 West Randolph Street Floor 10-100 Chicago, IL 60601 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

*Mail 4-8-2016*

EEOC Form 161 (11/09)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Arthur W. Savage<br>4242 Harrison St<br>Gary, IN 46408 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-02734 | Damon Jackson,<br>Investigator | (312) 869-8152 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)     Julianne Bowman,<br>District Director     4/27/16 *(Date Mailed)*

cc: RICH'S PRODUCTS CORPORATION<br>c/o William Gisel<br>One Robert Rich Way<br>Buffalo, NY 14213