# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Arthur W. Savage, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No.: 1:16-cv-07487 |
| Rich's Products Corporation, | ) ) ) | Judge Manish S. Shah |
| | ) | Magistrate Judge Young B. Kim |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Arthur Savage, and Defendant, Rich Products Corporation, by and through their respective undersigned counsel, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned complaint and matter shall be dismissed as to all claims, with prejudice, as to Rich Products Corporation, each party to bear its own costs and attorneys' fees. Further, this court shall retain jurisdiction of this matter until October 20, 2017 in the event that any party fails to execute any necessary documents, fulfill any agreed to conditions, and/or pay the agreed settlement amount.

Dated: September 21, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Steve A. Miller*
　　　　　　　　　　　　　　　　　　　　　Steve A. Miller (smiller@fisherphillips.com)
　　　　　　　　　　　　　　　　　　　　　Franklin Z. Wolf (fwolf@fisherphillips.com)
　　　　　　　　　　　　　　　　　　　　　**FISHER & PHILLIPS LLP**
　　　　　　　　　　　　　　　　　　　　　10 S. Wacker Drive, Suite 3450
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　(312) 346-8061
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　　　　　　　*/s/ Darlene L. Redmond*
　　　　　　　　　　　　　　　　　　　　　Darlene L. Redmond (redmond.d@sbcglobal.net)
　　　　　　　　　　　　　　　　　　　　　P.O. Box 7532
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60680
　　　　　　　　　　　　　　　　　　　　　(312) 567-9102
　　　　　　　　　　　　　　　　　　　　　Court-Appointed Settlement Attorney for Plaintiff