## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Arthur W. Savage

                              Plaintiff,

v.                                                              Case No.: 1:16−cv−07487
                                                                 Honorable Manish S. Shah

Rich's Products Corporation

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 25, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [51], this case is dismissed without prejudice and with leave to reinstate by 10/20/17. If no motion for leave to reinstate has been filed by 10/20/17, then the dismissal shall automatically convert to one with prejudice. No appearance on 10/13/17 is necessary. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.